| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>Court Address:<br>270 S. Tejon, Colorado Springs, CO, 80901 | |
| **Plaintiff(s)** RHONDA DAILY<br>v.<br>**Defendant(s)** HEWLETT PACKARD COMPANY et al. | DATE FILED: June 24, 2013 3:43 PM<br><br>⚠ **COURT USE ONLY** ⚠<br>Case Number: 2013CV1964<br>Division: 14     Courtroom: |
| **Order: Response** | |

The motion/proposed order attached hereto: GRANTED WITH AMENDMENTS.

The Court has reviewed and considered the contents of the file. The Plaintiff's request is granted. The Plaintiff shall have to and including July 26, 2013 to file proof of service.

Issue Date: 6/24/2013

*[signature]*

MARLA R PRUDEK
District Court Judge

**EXHIBIT H**

| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>Court Address:   P.O. Box 2980<br>                              Colorado Springs, CO 80901-2980 | |
| **Plaintiff(s):**    RHONDA DAILY<br><br>**Defendant(s):**   HEWLETT PACKARD COMPANY and SEDGEWICK, Third-Party Administrator. | |
| **Attorney or Party Without Attorney:**<br>Gregory Chernushin, Esq.<br>1530 South Tejon Street<br>Colorado Springs, CO 80905<br>Phone Number:   (719) 575-9260<br>Fax Number:      (719) 575-9272<br>E-Mail: chernushinlaw@gmail.com<br>Atty. Reg. #: 12204 | ^ COURT USE ONLY ^<br><br>Case No.: 2013CV1964<br><br>Div.:   14        Rm: |
| **RESPONSE TO DELAY PREVENTION ORDER DATED MAY 14, 2013** | |

NOW COMES the Plaintiff, by and through her attorney, Gregory Chernushin, and as and for her Response to Delay Prevention Order states as follows:

1.    Counsel for Plaintiff and Defendant's insurance representative are attempting pre-litigation negotiations.

WHEREFORE, having responded to the Delay Prevention Order, counsel for the Plaintiff requests an additional thirty (30) days to negotiate an agreement to resolve the within matter.

DATED this 21st day of June, 2013.

                                                                      Respectfully submitted,

                                                                      *Original signature retained in the office of:*
                                                                      *Gregory Chernushin, P.C.*
                                                                      */s/Gregory Chernushhin*
                                                                      Gregory Chernushin, #12204
                                                                      1530 South Tejon Street
                                                                      Colorado Springs, CO 80905
                                                                      Telephone:    719-575-9260
                                                                      Facsimile:     719-575-9272
                                                                      Email:           chernushinlaw@gmail.com

*Attachment to Order - 2013CV1964*