| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>Court Address:<br>270 S. Tejon, Colorado Springs, CO, 80901 | DATE FILED: August 5, 2013 3:45 PM |
|---|---|
| **Plaintiff(s)** RHONDA DAILY<br>v.<br>**Defendant(s)** HEWLETT PACKARD COMPANY et al. | ⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2013CV1964<br>Division: 14          Courtroom: |
| **Order: Proposed Order** | |

The motion/proposed order attached hereto: GRANTED.

Issue Date:  8/5/2013

*Marla Prudek*

MARLA R PRUDEK
District Court Judge

**EXHIBIT K**

| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>Court Address:   P.O. Box 2980<br>                          Colorado Springs, CO 80901-2980 | |
| **Plaintiff(s):**      RHONDA DAILY<br><br>**Defendant(s):**   HEWLETT PACKARD COMPANY and<br>SEDGEWICK, Third-Party Administrator. | ^  COURT USE ONLY  ^ |
| **Attorney or Party Without Attorney:**<br>Gregory Chernushin, Esq.<br>1530 South Tejon Street<br>Colorado Springs, CO 80905<br>Phone Number:   (719) 575-9260<br>Fax Number:       (719) 575-9272<br>E-Mail: chernushinlaw@gmail.com<br>Atty. Reg. #: 12204 | Case No.: 2013CV1964<br><br>Div.:    14      Rm: |
| **ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE PROOF OF SERVICE** | |

The Court has reviewed and consider the contents of the file.  The Plaintiff's request os granted. The Plaintiff shall have to and including August 15, 2013 to file proof of service.

DATED this _____ day of _____, 2013.

BY THE COURT:

_____

District Court Judge