**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02502-CMA-CBS

RHONDA DAILY,

    Plaintiff,

v.

HEWLETT PACKARD COMPANY, and
SEDGWICK CMS, Third-Party Administrator,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Defendants' Motion for Summary Judgment and Defendants' Counterclaim (Doc. No. 33) of Judge Christine M. Arguello entered on October 29, 2014 it is

ORDERED that Defendants' Motion for Complete Summary Judgment (Doc. No. 22) is GRANTED. It is

FURTHER ORDER Plaintiff's claims against Defendants are DISMISSED IN THEIR ENTIRETY. It is

FURTHER ORDERED that, as a Verified Statement of the Amount of Overpayment has been filed by the defendants on Nov. 12, 2014 (Doc. No. 34, Attachment 1) final judgment is hereby entered in favor of the Defendants Hewlett Packard Company and Sedgwick CMS, Third-Party Administrator and against Plaintiff

Rhonda Daily in the amount of $30,736.96. It is

FURTHER ORDERED that post-judgment interest shall accrue at the rate of 0.12% from the date of entry of judgment. It is

FURTHER ORDERED that pursuant to D.C.COLO.L.Civ.R. 54.1, Defendants may have their costs by filing a bill of costs within 14 days of the court's Oct. 29, 2014 Order.

Dated at Denver, Colorado this 13th day of November, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ A. Thomas
Deputy Clerk